IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. DUROSS,

    Plaintiff,                    No. 2:10-cv-2225 MCE KJN P

    vs.

CALIFORNIA STATE PRISON-WARDEN, et al.,

    Defendants.                <u>ORDER</u>

         Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED that plaintiff's request for leave to proceed in forma pauperis on appeal (dkt. no. 26) is granted.

DATED: April 1 2011

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

duro2225.ifp