IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY DuROSS,

        Plaintiff,                    No. 2:10-cv-2225 MCE KJN P

    vs.

CALIFORNIA STATE PRISON -
WARDEN, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On March 9, 2011, this case was remanded to the Sacramento County Superior Court. On April 20, 2011, plaintiff filed a motion for record of trial proceedings for the appeal. However, on April 19, 2011, plaintiff's appeal was dismissed for lack of jurisdiction. This civil rights action was closed on March 9, 2011. If plaintiff wishes to pursue his claims, he must do so in the Sacramento County Superior Court action. Any documents filed by plaintiff from this date forward will be disregarded; no orders will issue in response to future filings.

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's April 20, 2011 motion
2  (dkt. no. 29) is denied.
3  DATED: May 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ross2225.58